**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00083-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

BRIAN VICTOR PRENDERGAST,

    Plaintiff,

v.

ROB MURPHY, 18TH Judicial District Probation Officer, Personally and in His
    Professional Capacity,
ROBIN LEAF, Chief of the 18th Judicial District Probation Department, Personally and in
    His Professional Capacity,
SENTENCING JUDGE, Presiding Over Motion Submitted by the 18th Judicial District
    Attorney, Carol Chambers and Granted in the Period Nov-Dec, 2008 in Case No.
    00CR2218, Both Personally and Professionally in His Capacity as an Elected
    District Court Judge of the 18th Judicial District Court.  The Name of This
    Defendant is Unknown and May be Amended in Future Filings, and
CAROL CHAMBERS, Former District Attorney, 18th Judicial District, Personally and in
    Her Professional Capacity,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff has submitted a "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 & 42 U.S.C. § 1985," an Application to Proceed Without Prepayment of Fees and Affidavit, a Motion for Appointment of Counsel and a Motion for Official Service of Process.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __   is not submitted
(2)  __   is missing affidavit
(3)  __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  __   is missing an original signature by the prisoner
(7)  _X_   is not on proper form (must use the court's current form)
(8)  __   names in caption do not match names in caption of complaint, petition or habeas application
(9)  _X_   other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)  __   is not submitted
(11)  _X_   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. __
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   names in caption do not match names in text
(16)  _X_   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  __   other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Motion for Appointment of Counsel (Doc. No. 3) is denied as premature.  It is

FURTHER ORDERED that the Motion for Official Service of Process (Doc. No. 4)  is denied as premature.

DATED January 30, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge